**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-41481-SPS |
| | § | |
| DENISE SCHWARTZLOW | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/31/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/06/2012          By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 10-41481-SPS
         §
DENISE SCHWARTZLOW  §
         §
         §
         §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $4,495.71
*and approved disbursements of*  $29.16
*leaving a balance on hand of[1]:*  $4,466.55

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $4,466.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,123.93 | $0.00 | $1,123.93 |
| David P. Leibowitz, Trustee Expenses | $47.16 | $0.00 | $47.16 |

Total to be paid for chapter 7 administrative expenses:  $1,171.09
Remaining balance:  $3,295.46

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $3,295.46 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,071.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5a | Illinois Department of Revenue | $2,071.33 | $0.00 | $2,071.33 |

|  | Total to be paid to priority claims: | $2,071.33 |
|---|---:|---:|
|  | Remaining balance: | $1,224.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $117,699.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $1,040.95 | $0.00 | $10.82 |
| 2 | Chase Bank USA, N.A. | $6,945.00 | $0.00 | $72.23 |
| 3 | Capital One Bank (USA), N.A. | $9,399.53 | $0.00 | $97.76 |
| 4 | Wells Fargo Education Svc | $15,047.01 | $0.00 | $156.50 |
| 5 | Illinois Department of Revenue | $646.88 | $0.00 | $6.73 |
| 6 | Capital Recovery IV LLC/ GE Capital - Banana Republic | $211.26 | $0.00 | $2.20 |
| 7 | FIA Card Services, NA/Bank of America | $27,068.08 | $0.00 | $281.52 |
| 8 | FIA Card Services, NA/Bank of America | $10,267.20 | $0.00 | $106.78 |
| 9 | US Department of Education | $47,073.71 | $0.00 | $489.59 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,224.13 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-41481-SPS
Denise Schwartzlow                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: mflowers          Page 1 of 3         Date Rcvd: Jan 10, 2012
                            Form ID: pdf006         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2012.
```
db            +Denise Schwartzlow,    2033 W. Race Avenue,    Chicago, IL 60612-1507
16142142       Access Receivables Management,    P.O. Box 9801,    Baltimore, MD 21284-9801
16142148       Bank of America,    4060 Ogletown Stanton Road,    DE5-019-03-07,    Newark, DE 19713-3102
16142149       Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16142147      +Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410-8119
16142150       Bank of America Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
16142151      +Capital One Bank,    c/o Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
16678891       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                Oklahoma City, OK   73124-8839
16142152      +Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
16142153      +Chase Bank USA,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
16677263       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16142154       Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16142155       Direct Loans,    U.S. Department of Education,    P.O. Box 530260,    Atlanta, GA 30353-0260
16142156       FIA Card Services,    PO Box 15720,    Wilmington, DE 19850-5720
16142157      +Fortis Capital LLC,    c/o Presidio Financial, LLC,    375 W. Cerritos Avenue,
                Anaheim, CA 92805-6551
16142159      +HSBC Neiman Marcus,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16142160      +HSBC/Neiman,    P.O. Box 15221,    Wilmington, DE 19850-5221
16902863       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
16142161       Illinois Department of Revenue,    PO Box 19035,    Springfield, IL 62794-9035
16142164      +Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
16277017      +NCO Portfolio Management,    Pob 3001,    Malvern,PA 19355-0701
16142165      +Offices of Richard S. Rock MD SC,    660 N. Westmoreland Road,    Suite 301,
                Lake Forest, IL 60045-1659
16142166       Pentagroup Financial, LLC,    P.O. Box 742209,    Houston, TX 77274-2209
16142167     #+Pentagroup Financial, LLC,    3065 Union Road,    Orchard Park, NY 14127-1214
16142168      +Peoples Energy,    130 E. Randolph Drive,    Chicago, IL 60601-6302
16142169      +The Wright Leadership Institute,    445 East Ohio Street,    Suite 400,    Chicago, IL 60611-4676
17040966       US Department of Education,    Direct Loan SVC,    PO Box 5609,    Greenville, TX 75403-5609
16142170       Vision Financial Corp,    PO Box 900,    Purchase, NY 10577-0900
16142171     #+Wells Fargo Bank,    P.O. Box 5445,    Portland, OR 97228-5445
16142172       Wells Fargo Card Services,    P.O. Box 30086,    Los Angeles, CA 90030-0086
16142173       Wells Fargo Education Svc,    P.O. Box 5185,    Sioux Falls, SD 57117-5185
16142174      +Wells Fargo Loan Originations,    301 E. 58th St. N.,    Sioux Falls, SD 57104-0422
16142175      +XLS/SLMA,    1500 W. 3rd Street,    Suite 125,    Cleveland, OH 44113-1422
16142176      +Xpress Loan Servicing,    P.O. Box 94553,    Cleveland, OH 44101-4553
16142177      #Xpress Loan Servicing/SLMA,    1500 W. 3rd Street,    Suite 125,    Cleveland, OH 44113-1422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16142143       E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44       Banana Republic,
                2004 Bassett Avenue,    c/o Gecc Acdv/Cdv Process,    El Paso, TX 79901-1923
16937701       E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2012 04:24:44       Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17015808       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2012 04:21:49
                FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
16142158      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44       GEMB/Banana Republic,
                P.O. Box 981400,    El Paso, TX 79998-1400
16142162      +E-mail/Text: resurgentbknotifications@resurgent.com Jan 11 2012 03:06:50       LVNV Funding LLC,
                P.O. Box 10584,    Greenville, SC 29603-0584
16142163      +E-mail/Text: resurgentbknotifications@resurgent.com Jan 11 2012 03:06:51       LVNV Funding, LLC,
                P.O. Box 10497,    Greenville, SC 29603-0497
                                                                                               TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16142146     ##Bank of America,    P.O. Box 15184,    Wilmington, DE 19850-5184
16142144    ##+Bank of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
16142145    ##+Bank of America,    P.O. Box 1390,    Norfolk, VA 23501-1390
                                                                                               TOTALS: 0, * 0, ## 3
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers              Page 2 of 3                   Date Rcvd: Jan 10, 2012
                              Form ID: pdf006             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2012**                              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers           Page 3 of 3             Date Rcvd: Jan 10, 2012
                              Form ID: pdf006          Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2012 at the address(es) listed below:

```
              Bruce C Scalambrino    on behalf of Debtor Denise Schwartzlow bcs@sacounsel.com
              Christopher L Muniz    on behalf of Debtor Denise Schwartzlow clm@sacounsel.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```