UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-41481-SPS |
| | § | |
| DENISE SCHWARTZLOW | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,437.00 | Assets Exempt: | $29,308.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,295.46 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,200.25 | | |

3) Total gross receipts of $4,495.71 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,495.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,200.25 | $1,200.25 | $1,200.25 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,494.59 | $2,071.33 | $2,071.33 | $2,071.33 |
| General Unsecured Claims (from **Exhibit 7**) | $156,689.99 | $117,699.62 | $117,699.62 | $1,224.13 |
| **Total Disbursements** | $159,184.58 | $120,971.20 | $120,971.20 | $4,495.71 |

4). This case was originally filed under chapter 7 on 09/16/2010. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2012              By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Principal Financial Group c/o Computershare PO Box 43010 Providence, RI 02940-3010 Acct. No. 9601 (140 shares of common stock) | 1129-000 | $4,495.40 |
| Interest Earned | 1270-000 | $0.31 |
| **TOTAL GROSS RECEIPTS** | | **$4,495.71** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,123.93 | $1,123.93 | $1,123.93 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $47.16 | $47.16 | $47.16 |
| Green Bank | 2600-000 | NA | $29.16 | $29.16 | $29.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,200.25 | $1,200.25 | $1,200.25 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5a | Illinois Department of Revenue | 5800-000 | NA | $2,071.33 | $2,071.33 | $2,071.33 |
| | Illinois Department of Revenue | 5800-000 | $1,313.71 | NA | NA | $0.00 |
| | Illinois Department of Revenue | 5800-000 | $1,180.88 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,494.59 | $2,071.33 | $2,071.33 | $2,071.33 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | NA | $1,040.95 | $1,040.95 | $10.82 |
| 2 | Chase Bank USA, N.A. | 7100-900 | NA | $6,945.00 | $6,945.00 | $72.23 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | NA | $9,399.53 | $9,399.53 | $97.76 |
| 4 | Wells Fargo Education Svc | 7100-000 | NA | $15,047.01 | $15,047.01 | $156.50 |
| 5 | Illinois Department of Revenue | 7100-000 | NA | $646.88 | $646.88 | $6.73 |
| 6 | Capital Recovery IV LLC/ GE Capital - Banana Republic | 7100-900 | NA | $211.26 | $211.26 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; Capital Recovery IV LLC/ GE Capital - Banana Republic) | 7100-901 | $0.00 | $0.00 | $0.00 | $2.20 |
| 7 | FIA Card Services, NA/Bank of America | 7100-900 | NA | $27,068.08 | $27,068.08 | $281.52 |
| 8 | FIA Card Services, NA/Bank of America | 7100-900 | NA | $10,267.20 | $10,267.20 | $106.78 |
| 9 | US Department of Education | 7100-000 | NA | $47,073.71 | $47,073.71 | $489.59 |
| | Access Receivables Management | 7100-000 | $14,293.31 | NA | NA | $0.00 |
| | Banana Republic | 7100-000 | $30.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $28,835.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $10,015.44 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $2,778.37 | NA | NA | $0.00 |
| | Capital One Bank | 7100-000 | $8,513.35 | NA | NA | $0.00 |
| | Capital One Bank USA NA | 7100-000 | $8,933.00 | NA | NA | $0.00 |
| | Chase Bank USA | 7100-000 | $990.96 | NA | NA | $0.00 |
| | Chase Bank USA | 7100-000 | $6,745.93 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Direct Loans | 7100-000 | $46,670.34 | NA | NA | $0.00 |
| GEMB/Banana Republic | 7100-000 | $211.00 | NA | NA | $0.00 |
| HSBC/Neiman | 7100-000 | $433.00 | NA | NA | $0.00 |
| Macy's | 7100-000 | $1,181.00 | NA | NA | $0.00 |
| Offices of Richard S. Rock MD SC | 7100-000 | $150.00 | NA | NA | $0.00 |
| Peoples Energy | 7100-000 | $144.00 | NA | NA | $0.00 |
| The Wright Leadership Institute | 7100-000 | $898.75 | NA | NA | $0.00 |
| Vision Financial Corp | 7100-000 | $2,302.61 | NA | NA | $0.00 |
| Wells Fargo Bank | 7100-000 | $6,890.93 | NA | NA | $0.00 |
| Wells Fargo Loan Originations | 7100-000 | $8,896.00 | NA | NA | $0.00 |
| Wells Fargo Loan Originations | 7100-000 | $7,777.00 | NA | NA | $0.00 |
| XLS/SLMA | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $156,689.99 | $117,699.62 | $117,699.62 | $1,224.13 |

**UST Form 101-7-TDR (5/1/2011)**

Case 10-41481 Doc 32 Filed 03/18/14 Entered 03/18/14 11:26:27 Desc Main Document Page 6 of 11

FORM 1
Page No: 1
Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 10-41481-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCHWARTZLOW, DENISE | Date Filed (f) or Converted (c): | 09/16/2010 (f) |
| For the Period Ending: | 5/10/2012 | §341(a) Meeting Date: | 11/12/2010 |
| | | Claims Bar Date: | 03/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Charter One Bank One Citizens Drive Riverside, RI 02915-3000 Checking Acct. No. 3309 | $20.00 | $20.00 | DA | $0.00 | FA |
| 2 Wells Fargo Bank, N.A. P.O. Box 5247 Denver, CO 80274 Checking Acct. No. 3206 | $0.00 | $0.00 | DA | $0.00 | FA |
| 3 Charter One Bank One Citizens Drive Riverside, RI 02915-3000 Checking Acct. No. 0710 | $20.00 | $20.00 | DA | $0.00 | FA |
| 4 Miscellaneous household goods and furnishings 2033 W. Race Chicago, IL 60612 | $250.00 | $0.00 | DA | $0.00 | FA |
| 5 Miscellaneous wearing apparel 2033 W. Race Chicago, IL 60612 | $250.00 | $0.00 | DA | $0.00 | FA |
| 6 Charter One Investment Services P.O. Box 42025 Providence, RI 02904 IRA Account No. 9506 | $16,289.00 | $0.00 | DA | $0.00 | FA |
| 7 Vanguard Participant Services P.O. Box 1101 Valley Forge, PA 19482-1101 401K Profit Sharing & Retirement Plan Plan No. 0096 | $4,915.00 | $0.00 | DA | $0.00 | FA |
| 8 Charles Schwab Houlihan Lokey Retirement Savigns Plan | $1,454.00 | $0.00 | DA | $0.00 | FA |
| 9 Principal Financial Group c/o Computershare PO Box 43010 Providence, RI 02940-3010 Acct. No. 9601 (140 shares of common stock) | $3,672.00 | $2,522.00 | DA | $4,495.40 | FA |
| **Asset Notes:** Exemption not to be paid. This was agreed notwithstanding exemption. | | | | | |
| 10 2004 Volvo S60 Sedan 4D 2033 W. Race Avenue Chicago, IL 60612-1507 41,000 miles Good condition | $6,875.00 | $1,875.00 | DA | $0.00 | FA |
| 11 Per stirpes remainder interest in life trust upon death of debtor's father 80 acre farm Rutland, Wisconsin | Unknown | Unknown | DA | $0.00 | FA |
| 12 Per stirpes remainder interest in life estate upon death of debtor's mother 105 S. 4th Street Evansville, WI | Unknown | Unknown | DA | $0.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | DA | $0.31 | Unknown |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2
Exhibit 8

| **Case No.:** | 10-41481-SPS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | SCHWARTZLOW, DENISE | **Date Filed (f) or Converted (c):** | 09/16/2010 (f) |
| **For the Period Ending:** | 5/10/2012 | **§341(a) Meeting Date:** | 11/12/2010 |
| | | **Claims Bar Date:** | 03/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

TOTALS (Excluding unknown value)                                                                                         **Gross Value of Remaining Assets**

| | $33,745.00 | $4,437.00 | | $4,495.71 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
  Need information regarding common stock, volvo needs to be appraised, need location of farms listed in schedules.
  TFR completed.

**Initial Projected Date Of Final Report (TFR):**  05/01/2012            /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**  05/01/2012            DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 10-41481-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCHWARTZLOW, DENISE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2609 | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/16/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,495.71 | | $4,495.71 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.40 | $4,494.31 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.31 | $4,488.00 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.24 | $4,480.76 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.46 | $4,473.30 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.75 | $4,466.55 |
| 02/03/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $47.16 | $4,419.39 |
| 02/03/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,123.93 | $3,295.46 |
| 02/03/2012 | 5003 | Illinois Department of Revenue | Claim #: 5; Amount Claimed: 2,071.33; Amount Allowed: 2,071.33; Distribution Dividend: 100.00; | 5800-000 | | $2,071.33 | $1,224.13 |
| 02/03/2012 | 5004 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 1,040.95; Amount Allowed: 1,040.95; Distribution Dividend: 1.04; | 7100-900 | | $10.82 | $1,213.31 |
| 02/03/2012 | 5005 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 6,945.00; Amount Allowed: 6,945.00; Distribution Dividend: 1.04; | 7100-900 | | $72.23 | $1,141.08 |
| 02/03/2012 | 5006 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 9,399.53; Amount Allowed: 9,399.53; Distribution Dividend: 1.04; | 7100-900 | | $97.76 | $1,043.32 |
| 02/03/2012 | 5007 | Wells Fargo Education Svc | Claim #: 4; Amount Claimed: 15,047.01; Amount Allowed: 15,047.01; Distribution Dividend: 1.04; | 7100-000 | | $156.50 | $886.82 |
| 02/03/2012 | 5008 | Illinois Department of Revenue | Claim #: 5; Amount Claimed: 646.88; Amount Allowed: 646.88; Distribution Dividend: 1.04; | 7100-000 | | $6.73 | $880.09 |
| 02/03/2012 | 5009 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.20 | $877.89 |
| | | | Claim Amount $(2.20) | 7100-901 | | | $877.89 |
| 02/03/2012 | 5010 | FIA Card Services, NA/Bank of America | Claim #: 7; Amount Claimed: 27,068.08; Amount Allowed: 27,068.08; Distribution Dividend: 1.04; | 7100-900 | | $281.52 | $596.37 |
| 02/03/2012 | 5011 | FIA Card Services, NA/Bank of America | Claim #: 8; Amount Claimed: 10,267.20; Amount Allowed: 10,267.20; Distribution Dividend: 1.04; | 7100-900 | | $106.78 | $489.59 |
| 02/03/2012 | 5012 | US Department of Education | Claim #: 9; Amount Claimed: 47,073.71; Amount Allowed: 47,073.71; Distribution Dividend: 1.04; | 7100-000 | | $489.59 | $0.00 |

**SUBTOTALS** $4,495.71 $4,495.71

**FORM 2**
Page No: 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

Case 10-41481    Doc 32    Filed 03/18/14    Entered 03/18/14 11:26:27    Desc Main
                           Document      Page 9 of 11

| **Case No.** | 10-41481-SPS | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | SCHWARTZLOW, DENISE | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******2609 | | **Checking Acct #:** | ******8101 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 9/16/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $4,495.71 | $4,495.71 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,495.71 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,495.71 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,495.71 | |

| **For the period of 9/16/2010 to 5/10/2012** | | **For the entire history of the account between 06/29/2011 to 5/10/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,495.71 | Total Internal/Transfer Receipts: | $4,495.71 |
| | | | |
| Total Compensable Disbursements: | $4,495.71 | Total Compensable Disbursements: | $4,495.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,495.71 | Total Comp/Non Comp Disbursements: | $4,495.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-41481-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCHWARTZLOW, DENISE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2609 | Money Market Acct #: | ******1481 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/16/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/05/2011 | (9) | Denise Schwartzlow | Value of 140 Shares of common Stock | 1129-000 | $4,495.40 | | $4,495.40 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.14 | | $4,495.54 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.17 | | $4,495.71 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,495.71 | $0.00 |
| | | | **TOTALS:** | | $4,495.71 | $4,495.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,495.71 | |
| | | | **Subtotal** | | $4,495.71 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,495.71 | $0.00 | |

**For the period of 9/16/2010 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,495.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,495.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,495.71 |

**For the entire history of the account between 05/05/2011 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,495.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,495.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,495.71 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-41481-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHWARTZLOW, DENISE | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2609 | | Money Market Acct #: | ******1481 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/16/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,495.71 | $4,495.71 | $0.00 |

**For the period of 9/16/2010 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,495.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,495.71 |
| Total Internal/Transfer Receipts: | $4,495.71 |
| | |
| Total Compensable Disbursements: | $4,495.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,495.71 |
| Total Internal/Transfer Disbursements: | $4,495.71 |

**For the entire history of the case between 09/16/2010 to 5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,495.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,495.71 |
| Total Internal/Transfer Receipts: | $4,495.71 |
| | |
| Total Compensable Disbursements: | $4,495.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,495.71 |
| Total Internal/Transfer Disbursements: | $4,495.71 |